1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  PETER B. AXELROD (CSBN 190843)
   Assistant U.S. Attorney
5
6  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
7  Telephone: (415) 436-6774
   Facsimile: (415) 436-7234
8  E-Mail: peter.axelrod@usdoj.gov

9  Attorneys for the United States

FILED
JUN 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3-07 70350 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| RAVAA BERNARD MEADORS, | |
| Defendant. | |

BZ

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 18, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe) <u>Supervised Release Violation, 18 U.S.C. § 3606</u>

pending in the Eastern District of California, Case Number CR 05-00067 WBS.

1

1  In the underlying case, the defendant was convicted of a violation of Title 18 United States
2  Code, Section(s) 3146(a)(2), failure to surrender for service of sentence.
3  Description of Charges: See attached warrant.
4
5                                          Respectfully Submitted,
6                                          SCOTT N. SCHOOLS
                                            UNITED STATES ATTORNEY
7
8  Date: 6/18/07
9                                          PETER B. AXELROD
                                            Assistant U.S. Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*723835*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
07 JUN 18 PM 12:54
EASTERN DISTRICT
OF CALIFORNIA

USA,

v.

RAVAA BERNARD MEADORS,

**WARRANT FOR ARREST**

Case Number: 2:05-CR-00067-WBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ravaa Bernard Meadors**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Violation Petition  ☐ Other _____

charging him or her with (brief description of offense)

**Violation of Supervised Release**

in violation of Title **18**   United States Code, Section(s) **3606**

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 6/18/07   Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at -- **NO BAIL** | by Judge William B. Shubb |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

Prob 12C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

**FILED**
JUN 1 8 2007
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Offender Name: | Ravaa Bernard MEADORS |
| Docket Number: | 2:05CR00067-01 |
| Offender Address | Hayward, California 94545 |
| Judicial Officer: | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| Original Sentence Date: | 08/31/2005 |
| Original Offense: | 18 USC 3146(a)(2)- Failure to Surrender for Service of Sentence (CLASS E FELONY) |
| Original Sentence: | 1 Year and 1 day BOP, 12 month TSR, $100 SA |
| Special Conditions: | Warrantless Search; Financial Disclosure; No New Credit; Drug Testing; Drug Treatment; Aftercare Co-pay; DNA collection |
| Type of Supervision: | Supervised Release |
| Supervision Commenced: | 02/21/2007 |
| Assistant U.S. Attorney: | Sean Flynn Telephone: (916) 554-2700 |
| Defense Attorney:<br>Other Court Action: | Michael Long Telephone: (916) 448-1708 |

08/25/2006: Petition alleging Use of Illicit Drugs filed with the Court.

01/03/2007: Probation revoked, 4 months BOP, TSR of up to maximum of time allowable reinstated, under original terms and conditions with the added condition the defendant shall reside at and participate in the residential drug treatment program at Cronin House, as directed by the probation officer. If defendant fails to reside at and participate in the Cronin House program, the

VIOLATION PETITION
(PROB12C-TSR) (ND).MRG

defendant shall be returned to custody for the remaining period of his supervised release.

<u>02/26/2007</u>: Term of Supervised Release set at 8 months

<u>03/22/2007</u>: Petition alleging Meadors failed to reside at and participate in the Cronin House residential drug treatment program filed with the court.

<u>05/21/2007</u>: Meadors admitted violation conduct alleged in petition filed 03/22/2007. Disposition hearing set for June 18, 2007. Meadors is ordered to appear at 8:30 a.m on June 18, 2007.

<u>06/18/2007</u>: Meadors failed to appear for dispositional hearing. Bench Warrant ordered.

---

### PETITIONING THE COURT

(X)   TO ISSUE A WARRANT

<u>Charge Number</u>   <u>Nature of Violation</u>

**Charge 1:**   FAILURE TO APPEAR FOR DISPOSITIONAL HEARING AT ORDERED BY THE COURT.

Meadors appeared in court on May 21, 2007, and admitted to the violation conduct alleged in the petition filed on March 22, 2007. Specifically, he admitted he failed to reside at and participate in the Cronin House residential drug treatment program. The Court then directed Meadors to return to court on June 18, 2007, at 8:30 am for disposition on the violation petition. He was informed of the consequences should he fail to appear as directed. Meadors failed to appear on June 18, 2007.

**Justification:** A complete history of Meador's performance on supervision is detailed in the petition filed March 22, 2007, and the dispositional memorandum submitted to the court on June 11, 2007. Based on Meadors history of failing to comply with supervision, his failure to self-surrender, and his failure to appear in court, a warrant for his arrest should be issued.

**Bail/Detention:** Based on the foregoing, detention is warranted

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:** June 18, 2007
Sacramento, California
LLA/sda

Respectfully submitted,

/s/ Linda L. Alger
LINDA L. ALGER
Senior United States Probation Officer
Telephone: 916-930-4317

**REVIEWED BY:** /s/ Karen A. Meusling
KAREN A. MEUSLING
Supervising United States Probation Officer

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

[X] The issuance of a warrant    ( ) Bail set at $___    [X] No Bail

( ) The issuance of a summons (copy to Defense Counsel).

FURTHER PROCEEDINGS REGARDING CUSTODY:

( ) Defendant is ordered detained, to be brought before District Judge forthwith.

( ) Initial appearance and detention hearing before Magistrate Judge.

_6/18/2007_
Date

_William _____ (signature)
Signature of Judicial Officer

cc:  United States Probation
     Sean Flynn, Assistant United States Attorney
     United States Marshal Service

Attachments - Dispositional Memorandum dated 6/11/2007