UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 03-07-70350 BZ |
| ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| RAVAA BERNARD MEADORS, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2007, I heard the government's motion to detain the defendant Ravaa Meadors. The defendant was present and represented by Shawn Halbert, specially appearing for Elizabeth Falk. Pete Axelrod appeared for the United States. Alan K. Ahlstrand of the U.S. Probation Office was also present.

Because the defendant is charged with a supervised release violation, he has the burden of establishing by clear and convincing evidence that he is not a flight risk or danger to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143.

1

1	After hearing the proffers, including information from
2	his probation officers, and arguments of counsel, I find that
3	defendant failed to prove by clear and convincing evidence
4	that there is not a risk that he will not appear in
5	Sacramento, and I **ORDER** him detained.  In so finding, I
6	considered the following factors:
7	    1.  Because Mr. Meadors' case is in Sacramento, any
8	release order would require him to travel to Sacramento.  Thus
9	my principal concern at the hearing was the likelihood that he
10	would appear in Sacramento on July 2, 2007 before Judge Shubb.
11	    2. Mr. Meadors failed to appear for his dispositional
12	hearing in Sacramento on June 18, 2007 causing Judge Shubb to
13	issue a no bail arrest warrant.  Mr. Meadors' car had been
14	broken for some time, so he knew that he would need to make
15	alternative plans to get to Sacramento for his June 18
16	hearing.  It is not difficult to travel from the Bay Area to
17	Sacramento by public transportation.  Yet all he did was ask
18	his lawyer to try to reschedule the hearing.
19	    3. Defendant has a history of being difficult to
20	supervise and has previously been convicted of failing to
21	appear for service of sentence.
22	    Therefore, **IT IS ORDERED** that the government's Motion To
23	Detain the defendant Ravaa Meadors is **GRANTED**.
24	Dated: June 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

28	G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2007\meadors.wpd